IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action Nos. |
| | ) | 16-00034-01-CR-W-DGK |
| BRANDY MARIE LILE, | ) | 12-00018-02-CR-W-DGK |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On October 31, 2018, United States Magistrate Judge Matt J. Whitworth ordered Defendant to undergo a competency evaluation. Defendant was examined by Hayley Blackwood, Ph.D., who prepared a report dated April 8, 2019.

A competency hearing was held on April 30, 2019. The government was represented by Assistant United States Attorney Brad Kavanaugh. Defendant in person with appointed attorney Bill Raymond. The parties stipulated to the contents and findings of Dr. Blackwood's report (Tr. at 2-3). No additional evidence was presented. Defendant waived the fourteen-day objection period to the Report and Recommendation (Tr. at 4). Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Dated this 8th day of May, 2019, at Kansas City, Missouri.

                                                     /s/ *Sarah W. Hays*
                                                   SARAH W. HAYS
                                                   UNITED STATES MAGISTRATE JUDGE