IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action Nos. |
| | ) | 16-00034-01-CR-W-DGK |
| BRANDY MARIE LILE, | ) | 12-00018-02-CR-W-DGK |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On October 31, 2018, Magistrate Judge Matt J. Whitworth ordered Defendant to undergo a competency evaluation. Defendant was examined by Dr. Hayley Blackwood, Ph.D., who prepared a report dated April 8, 2019.

Dr. Blackwood's report opines that Defendant is competent to proceed, and the parties have stipulated to the report. Magistrate Judge Sarah W. Hays has issued a report and recommendation finding Defendant is competent to proceed, and Defendant has waived the fourteen-day objection period.

Therefore, after making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Sarah W. Hays is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between October 31, 2018, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date: May 9, 2019         /s/ Greg Kays
                          GREG KAYS, JUDGE
                          UNITED STATES DISTRICT COURT